**Electronically Filed
Supreme Court
SCWC-16-0000414
13-MAY-2019
02:40 PM**

SCWC-16-0000414

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

TARA AOYAGI LUMFORD, Respondent/Plaintiff-Appellant/Cross-Appellee,

vs.

GLENN YOSHIO OTA, also known as GLENN OTA, individually and as Personal Representative of the Estate of JANIS YUKIE OTA, deceased, Petitioner/Defendant-Appellee/Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000414; CIV. NO. 15-1-1336)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee/Cross-Appellant Glenn Yoshio Ota's Application for Writ of Certiorari, filed on April 1, 2019, is hereby rejected.

DATED: Honolulu, Hawai'i, May 13, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

